IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NEC CORPORATION OF AMERICA, INC.,<br><br>Defendant. | Civil Action No. 6:11-cv-00655 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>GOOGLE, INC. AND YOUTUBE, LLC,<br><br>Defendants. | Civil Action No. 6:11-cv-00656 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NETAPP, INC.,<br><br>Defendant. | Civil Action No. 6:11-cv-00657 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC.,<br><br>Defendants. | Civil Action No. 6:11-cv-00658 (LED) |

1890915.1

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> CARINGO, INC., <br><br> Defendant. | Civil Action No. 6:11-cv-00659 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> EMC CORPORATION AND VMWARE, INC., <br><br> Defendants. | Civil Action No. 6:11-cv-00660 (LED) |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AUTONOMY, INC., HEWLETT-PACKARD COMPANY, AND HP ENTERPRISE SERVICES, LLC, <br><br> Defendants. | Civil Action No. 6:11-cv-00683 (LED) |

**PLAINTIFF PERSONALWEB TECHNOLOGIES LLC'S UNOPPOSED MOTION
FOR ENTRY OF PROTECTIVE ORDER AND
<u>E-DISCOVERY ORDER</u>**

1890915.1

Pursuant to the Court's August 7, 2012 Order (611cv655, Docket No. 51, 42; 611cv656, Docket No. 87; 611cv657, Docket No. 68; 611cv658, Docket No. 85; 611cv659, Docket No. 71; 611cv660, Docket No. 75; 611cv683, Docket No. 69), Plaintiff PersonalWeb Technologies LLC moves the Court to enter the attached Protective Order and E-Discovery Order.

DATED:  August 8, 2012

Respectfully submitted,

By: */s/ Kalpana Srinivasan*
    Max L. Tribble, Jr.
    State Bar No. 20213950
    mtribble@susmangodfrey.com
    SUSMAN GODFREY L.L.P.
    1000 Louisiana Street, Suite 5100
    Houston, Texas 77002
    Telephone:  (713) 651-9366
    Facsimile:  (713) 654-6666

    Lead Attorney for Plaintiff
    PersonalWeb Technologies, LLC

Joseph Grinstein
State Bar No. 24002188
jgrinstein@susmangodfrey.com
Ashley L. McMillian
State Bar No. 24070252
amcmillian@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone:  (713) 651-9366
Facsimile:  (713) 654-6666

Marc M. Seltzer
State Bar No. 54534
mseltzer@susmangodfrey.com
Victoria L. Cook
vcook@susmangodfrey.com
State Bar No. 24031912
Kalpana Srinivasan
ksrinivasan@susmangodfrey.com
CA State Bar No. 237460
SUSMAN GODFREY L.L.P.
1901 Ave of the Stars, Suite 950
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile:  (310) 789-3150

Attorneys for Plaintiff
PersonalWeb Technologies, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A) on _____August 8, 2012_____.

                                                       */s/ Kalpana Srinivasan*
                                                       Kalpana Srinivasan

## **CERTIFICATE OF CONFERENCE**

Counsel for Plaintiff has conferred with Counsel for Defendants regarding the Protective Order, and the parties agree with this filing.

                                                       */s/ Kalpana Srinivasan*
                                                     Kalpana Srinivasan