**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

September 11, 2013

CASE TITLE:    PERSONALWEB TECHNOLOGIES-v-GOOGLE INC ET AL

RECEIVED FROM: U.S. District Court, Eastern District of Texas

CASE NUMBER:    CV 13-04113 EDL

TO COUNSEL OF RECORD:

   The above entitled action has been transferred to this District.  All future filings should reflect the above case number.

                                        Sincerely,

                                        RICHARD W. WIEKING, Clerk

                                        by: Maria Loo
                                        Case Systems Administrator

G:\PROJECT\winmacro2\WP13\Reassign\Civil\SFLtr.wpd