1

2

3

4                    UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7   PERSONALWEB,                              No. C 13-01317-EJD
                                              No. C 13-04113-EDL
8              Plaintiff(s),

9       v.                                    CLERK'S NOTICE

10  GOOGLE INC, et al,

11             Defendant(s).

12  _____/

13
    TO ALL PARTIES AND COUNSEL OF RECORD:
14

15
        Please take notice that these two civil cases are in fact the same, and therefore, will be
16
    merged into the first assigned case number, **C 13-01317-EJD.**  Please use this number for any future
17
    filings and communications with the court on this matter.  Civil case number C 13-04113-EDL will
18
    be terminated.
19

20
    Dated:  September 16, 2013
21

22                                          Richard W. Wieking, Clerk

23
                                       by: _____
24                                          Snooki Puli
                                            Deputy Clerk
25

26

27

28